UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TOU XIONG,

        Plaintiff,

        v.                                Case No. 21-C-93

KILOLO KIJAKAZI,
Acting Commissioner for Social Security,

        Defendant.

## ORDER

This matter is before the Court on the parties' stipulated motion for remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), and the Court being duly advised, now grants the motion.

It is hereby **ORDERED** that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the Appeals Council will remand the matter to an Administrative Law Judge to develop the administrative record as necessary and issue a new decision, and following the sequential evaluation process, determine whether Plaintiff is disabled.

Dated at Green Bay, Wisconsin this 10th day of November, 2021.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge