UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TOU XIONG,

      Plaintiff,

v.                                Case No. 21-C-93

MARTIN J. O'MALLEY,
Commissioner of Social Security,

      Defendant.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY'S FEES

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is hereby **ORDERED** that Attorney Dana W. Duncan is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the gross amount of $21,334.75 (or 25% of Plaintiff's past-due benefits, whichever is less). Counsel may retain the $7,376.46 in fees previously awarded under the Equal Access Justice Act, 28 U.S.C. § 2412, in partial satisfaction of the § 406(b) award. This leaves a net amount of $13,958.29 due to counsel.

Dated at Green Bay, Wisconsin this 16th day of July, 2024.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge